An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL NATHANIEL BEASLEY,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 69206

**FILED**

DEC 17 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks an order allowing him to file a petition for rehearing in this court from the decision in *Beasley v. State*, Docket No. 68401 (Order Dismissing Appeal, September 25, 2015). We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Samuel Nathaniel Beasley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38649